AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

KEVIN R. RICHARDSON )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 17-cv-307
)
SHAPIRO & BROWN LLP. )
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Shapiro & Brown LLP.
C/O The Corporation Trust Incorporated
351 West Camden Street
Baltimore, Maryland 21201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kevin Richardson
631 Railroad Avenue, #321
Centreville, Maryland 21617

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/23/2017  _____
*Signature of*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| KEVIN R. RICHARDSON | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 17-cv-307 | |
| NATIONSTAR MORTGAGE LLC. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Nationstar Mortgage LLC.
C/O CSC- Lawyers Incorporating Service Company
Suite 820
7 St. Paul Street
Baltimore, Maryland 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kevin Richardson
631 Railroad Avenue, #321
Centreville, Maryland 21617

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/23/2017

Signature of

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| KEVIN R. RICHARDSON <br><br> *Plaintiff(s)* <br> v. <br> RUSHMORE LOAN MANAGEMENT SERVICES LLC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 17-cv-307 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rushmore Loan Management Services LLC.
C/O CSC-Lawyers Incorporating Service Company
7 St. Paul Street
Suite 820
Baltimore, Maryland 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kevin Richardson
631 Railroad Avenue, #321
Centreville, Maryland 21617

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/23/2017  _____
*Signature of*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| KEVIN R. RICHARDSON )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )     Civil Action No.  17-cv-307<br>)<br>U.S. BANK N.A. )<br>)<br>)<br>)<br>*Defendant(s)* ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Bank N.A.
C/O The Corporation Trust Incorporated
351 West Camden Street
Baltimore, Maryland 21201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kevin Richardson
631 Railroad Avenue, #321
Centreville, Maryland 21617

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/23/2017 _____

Signature of