IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KEVIN RICHARDSON<br>Plaintiff | * | |
| | * | |
| vs. | | Civil Action No.   JFM-17-307 |
| | * | |
| SHAPIRO & BROWN, LLP, ET AL.<br>Defendant | * | |

******

**ORDER**

Plaintiff having filed bankruptcy proceedings in which an automatic stay has been issued, it is, this 27th day of March, 2017,

ORDERED that this action be administratively closed without prejudice to the right of plaintiff(s) to move to reopen this action for good cause shown.

/s/
J. Frederick Motz
United States District Judge