**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

ORIGINAL

Kevin Richardson

    Plaintiff(s)

VS

Shapiro & Brown LLP

    Defendant(s)

**CERTIFICATE OF SERVICE**

___ FILED ___ ENTERED
___ LOGGED ✓ RECEIVED

APR 1 0 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Case No.: **JFM17cv0307**

Court Date:
Court Time:

The undersigned being duly sworn, states:

I am over the age of 18 years old and not a party in the above named entitled action.

**I MADE SERVICE OF:** JURY TRIAL DEMANDED, COMPLAINT, AND EXIBITS

**SERVICE ON:** Shapiro & Brown LLP

**ADDRESS:** 351 West Camden Stwwt, C/O: The Corporate Trust , Baltimore, MD21201

**DATE SERVED:** 04/05/2017    **TIME SERVED:** 11:52 AM

(XX) SUBSTITUTE SERVICE (BUSINESS)- DELIVERED TO PERSON FOUND IN CHARGE OF USUAL PLACE OF BUSINESS OR EMPLOYMENT DURING BUSINESS HOURS AND GIVING INFORMATION OF ITS PURPORT.

, Authorized

Description of person process was left with:
Sex: **Male** - Skin: **Caucasian** - Hair: **Brown** - Age: **25-30** - Height: **5'8"-5'11"** - Weight: **150-174 lbs**

I declare under penalty of perjury that the return is true and correct.

_____ Date April 06, 2017

John McCarty
LIA Security and Investigations LLC
PO Box 22136,
Alexandria, VA22304
800-267-8127

**SUBSCRIBED AND SWORN To** before me a notary public, 04/06/2017
In the City of Alexandria



LINDA J MCCARTY
NOTARY PUBLIC
REGISTRATION # 7240121
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
NOVEMBER 30, 2017