IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KEVIN RICHARDSON             *
                             *
v.                           *    Civil No. – JFM-17-307
                             *
SHAPIRO & BROWN, LLP, ET AL. *
                         *****

MEMORANDUM

Plaintiff has instituted this *pro se* action against Shapiro & Brown, LLP, Nationstar Mortgage, LLC, Rushmore Loan Management Services LLC and U.S. Bank, N.A. Defendants have filed motions to dismiss. The motions will be granted.

As to the claims against Shapiro & Brown, LLP and Nationstar Mortgage, LLC, plaintiff's claims are barred by the doctrine of *res judicata* and by limitations. As to the claims against Rushmore Loan Management Services LLC and U.S. Bank, N.A., plaintiff has failed to state a relief upon which relief can be granted. Neither Rushmore nor U.S. Bank is a "debt collector," and plaintiff has failed to state any plausible claim under *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 652 (2009).

A separate order effecting the ruling made in this memorandum is being entered herewith.

Date: _____          _____
                             J. Frederick Motz
                             United States District Judge