# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

KEVIN RICHARDSON          *
         *
      v.               *       Civil No. – JFM-17-307
         *
SHAPIRO & BROWN, LLP, ET AL.    *
         ******

## ORDER

For the reasons stated in the memorandum entered herewith, it is, this /7th day of

August 2017

     ORDERED

1.   Defendants' motions to dismiss (documents 10, 12, and 25) are granted; and

2.   This action is dismissed.


_____
J. Frederick Motz
United States District Judge