FILED: October 12, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2064
(1:17-cv-00307-JFM)
_____

KEVIN RICHARDSON

    Plaintiff - Appellant

v.

SHAPIRO & BROWN, LLP; NATIONSTAR MORTGAGE, LLC; RUSHMORE LOAN MANAGEMENT SERVICES, LLC; U. S. BANK, N.A.

    Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered September 20, 2018, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*